**FILED**

03/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0682

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 23-0682**

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP AND CONSERVATORSHIP OF <br><br> JUDITH F. ROSENBERG, <br><br> A Protected Person/Appellant, | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION TO FILE OPENING BRIEF** |

Having reviewed Appellant Judith F. Rosenberg's Second Motion for Extension of Time to File Appellant's Opening Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and her opening brief shall be filed no later than March 21, 2024.

ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2024